IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN KUMM and RYAN JACOBS, INC., </br></br>Plaintiffs, </br></br>v. </br></br>CARGILL MEAT SOLUTIONS CORPORATION, A DELAWARE CORPORATION FORMERLY EXCEL CORPORATION, A DELAWARE CORPORATION, and EXCEL CORPORATION. </br></br>Defendants. | CASE NO. 8:07CV47 </br></br></br></br>**ORDER TO DISMISS** |

The Court being fully advised in the premises hereby finds; THAT IT IS ORDERED, ADJUDGED AND DECREED; that the above-captioned matter be dismissed without prejudice, each party to pay their own cost, complete record waived.

Dated this 18th day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge

Prepared and submitted by:
 DANIEL J. WELCH #21553
WELCH LAW FIRM, P.C.
SUITE 1220
1299 FARNAM STREET
OMAHA, NE  68102
(402) 341-1200